UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY et al.,

                Plaintiff,
     - against –

APEX LOGISTICS INTERNATIONAL INC.
et al.,

                Defendant.

**ORDER**

19 Civ. 1902 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action scheduled for February

13, 2020 is adjourned sine die.

Dated: New York, New York
       February 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge