UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY et al.,

                    Plaintiff,

    - against –

APEX LOGISTICS INTERNATIONAL INC.
et al.,

               Defendant.

**ORDER**

19 Civ. 1902 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action scheduled for May 21,

2020 is adjourned.  A conference is scheduled for **June 11, 2020 at 10:30 a.m.** in Courtroom

705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New

York.

Dated:  New York, New York
        April 28, 2020

SO ORDERED.

SO ORDERED.

Paul G. Gardephe
United States District Judge